UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. MOSLEY, IV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L. E. SCRIBNER, Warden,<br><br>　　　　　Respondent. | Case No. CV 06-06125-DSF (JCR)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed the instant Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge and has made a *de novo* determination of the Final Report and Recommendation. The Court notes that the name "Fischer" was misspelled as "Fisher" at lines 9 and 11 of page 19 in the Final Report and Recommendation. With the exception of the two misspellings at page 19, the Court concurs with and adopts the conclusions of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered DENYING the instant Petition for Writ of Habeas Corpus with prejudice.

　　IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

1 | this Order, the Magistrate Judge's Final Report and Recommendation, and the
2 | Judgment herein on the parties.

4 | DATED: 5-7-08

*[signature]*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE