UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. MOSLEY, IV,<br><br>                Petitioner,<br><br>     v.<br><br>L. E. SCRIBNER, Warden,<br><br>                Respondent. | ) Case No. CV 06-06125-DSF (JCR)<br>)<br>) AMENDED ORDER ADOPTING<br>) AMENDED FINAL REPORT AND<br>) RECOMMENDATION OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

     Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed the instant Petition, all of the records and files herein and the attached Amended Final Report and Recommendation of the United States Magistrate Judge and has made a *de novo* determination of the Amended Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

     IT IS ORDERED that Judgment be entered DENYING the instant Petition for Writ of Habeas Corpus with prejudice.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Amended Order, the Magistrate Judge's Amended Final Report and
3  Recommendation, and the Judgment herein on the parties.

5  DATED: June 6, 2008

                                                   DALE S. FISCHER
                                                 UNITED STATES DISTRICT JUDGE