UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. MOSLEY, IV,<br><br>        Petitioner,<br><br>    v.<br><br>L. E. SCRIBNER, Warden,<br><br>        Respondent. | Case No. CV 06-06125-DSF (JCR)<br><br>AMENDED JUDGMENT |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge as stated in the Amended Final Report and Recommendation dated June 3, 2008,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED with prejudice.

DATED: June 6, 2008

                                              DALE S. FISCHER<br>
                                              UNITED STATES DISTRICT JUDGE